```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
AARON BAKER                     :      CIVIL ACTION

      vs.                       :

MICHAEL KLOTOSKI, et al.        :      NO. 08-CV-4722
```

## ORDER

AND NOW, this  12th  day of March, 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice and the Objection to Magistrate's Decision filed by the Petitioner, it is hereby ORDERED that:

   1. The Report and Recommendation is APPROVED and ADOPTED;

   2. The Petition for Writ of Habeas Corpus is DENIED with prejudice.

   3. There is no probable cause to issue a certificate of appealability.

   4. The Clerk of Court shall mark this case closed for statistical purposes.

                                    BY THE COURT:


                                    s/J. Curtis Joyner
                                    J. CURTIS JOYNER, J.